UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-24369-CIV-ALTONAGA/O'SULLIVAN

ESPERANZA VILLETA,

       Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES,

       Defendant.
_____/

## ORDER ON PLAINTIFF'S MEMORANDUM OF LAW SEEKING SANCTIONS

THIS MATTER is before the Court on the Plaintiff's Memorandum of Law Seeking Sanctions (DE # 80, 9/30/14). Having held a hearing in this matter and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that the request for sanctions contained in the Plaintiff's Memorandum of Law Seeking Sanctions (DE # 80, 9/30/14) is GRANTED in part and DENIED in part in accordance with this Order.  The request for sanctions pursuant to the Court's inherent authority is DENIED.  The request for sanctions pursuant to Federal Rule of Procedure 37 is GRANTED.  Under Federal Rule of Civil Procedure 37(b)(2)(A)(I), facts may be "taken as established for purposes of the action, as the prevailing party claims."  Fed.R.Civ.P. 37(b)(2)(A)(I).  Accordingly, it is further

ORDERED AND ADJUDGED that: 1) the element of notice of the existence of a dangerous condition has been established; and 2) the defendant's affirmative defenses raising an alleged lack of notice or absence of a dangerous condition are stricken.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 30th day of October, 2014.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Altonaga
All counsel of record